ELLIS M. POTTER ET AL. v. JOHN F. FRITZ ET AL.

In suits lawfully pending before a District Court, where the debt, demand or damage in controversy exceeds $200, a writ of *certiorari* from the Supreme Court will not lie before final judgment.

---

On *certiorari*.

Argued at February Term, 1892, before Justices DIXON, REED and GARRISON.

For the plaintiffs, *Samuel D. Oliphant, Jr.*

For the defendants, *Buchanan & Rellstab.*

The opinion of the court was delivered by

DIXON, J.   In an ordinary action upon a book account for more than $200, the District Court of the city of Trenton decided that a certain replication to a plea of set-off was demurrable, and ordered that the plaintiffs make a further reply to such plea within ten days.   On a rule being entered to this effect, the plaintiffs sued out the present *certiorari* to review the decision in this court.

The jurisdiction of the District Court is unquestioned.

In such cases the writ of *certiorari* is in the nature of a writ of error, and cannot be brought until after final judgment.   *Hinchman* v. *Cook,* Spenc. 271 ; *Hoxsey* v. *City of Paterson,* 10 *Vroom* 489 ; *Mowery* v. *City of Camden,* 20 *Id.* 106.   The District Court act itself authorizes the writ only with respect to "the final decision and determination" of the cause.   *Rev. Sup., p.* 263, § 224.

The writ of *certiorari* should be dismissed, with costs.